# Third District Court of Appeal

## State of Florida

Opinion filed July 27, 2016.

————————

No. 3D16-0875
Lower Tribunal No. 12-15333

————————

**B.V., the mother,**

Appellant,

vs.

**Department of Children & Families, et al.,**

Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Martin Zilber, Judge.

Eugene F. Zenobi, Criminal Conflict and Civil Regional Counsel, Third Region, and Kevin Coyle Colbert, Assistant Regional Counsel, for appellant.

Karla Perkins, Appellate Counsel for Department of Children & Families; Laura J. Lee (Sanford), Appellate Counsel for Guardian ad Litem Program, for appellees.

Before SHEPHERD, ROTHENBERG and LOGUE, JJ.

SHEPHERD, J.

## CONFESSION OF ERROR

Based on the Department of Children and Families' commendable confession of error, and our independent review of the record, we reverse and remand this case for the trial court to make specific findings of fact in its permanent guardianship order, stating the reasons why the child's mother is not fit to care for the child and why reunification is not possible, as required under section 39.6221(2)(a) of the Florida Statutes (2015).